NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BEAR CREEK TECHNOLOGIES, INC.,**
*Appellant*

**v.**

**CISCO SYSTEMS, INC.,**
*Appellee*

---

2016-1805

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/002,190.

---

**JUDGMENT**

---

ANTHONY L. MIELE, Miele Law Group, Medway, MA, argued for appellant.

DAVID L. MCCOMBS, Haynes & Boone, LLP, Dallas, TX, argued for appellee. Also represented by DEBRA JANECE MCCOMAS, THOMAS W. KELTON; GREGORY P. HUH, Richardson, TX.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, SCHALL, and HUGHES, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 March 15, 2017　　　　/s/ Peter R. Marksteiner
　　　Date　　　　　　　Peter R. Marksteiner
　　　　　　　　　　　　Clerk of Court